# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>ALEJANDRA PIMENTEL,<br><br>                      Defendant. | Criminal Case No. 12CR3549-H<br><br>ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA AND VACATING ORDER ACCEPTING PLEA |

      On July 28, 2012, Defendant Alejandra Pimtental was arrested and charged with importation of approximately 0.60 kilograms of heroin. The substance seized in this case was field tested and returned a positive test for heroin (see Complaint, Doc. No. 1). Defendant Pimentel accepted the Government's fast track offer, entered into a plea agreement to importation of heroin, and signed said agreement on September 17, 2012 (see Plea Agreement, Doc. No. 18).

      On September 25, 2012, Defendant Pimentel tendered a guilty plea before the Magistrate Judge, the Honorable Barbara L. Major, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. On September 27, 2012, Magistrate Judge Major issued a Findings and Recommendation to this Court, recommending that the District Judge accept the defendant's guilty plea (see Finding and Recommendations, Doc. No. 20).

      On October 11, 2012, after review of the Magistrate Judge's findings and no objections having been filed within the 14 days allowed in said findings, this Court accepted the defendant's plea of guilty to Count 1 of the Information. (see Order Accepting Plea, Doc. No. 21).

On January 15, 2013, Defendant Pimentel and the Government filed a Joint Motion to Withdraw Guilty Plea (Doc. No. 25) and attached to said motion a DEA-7 Laboratory Report dated December 13, 2012, showing that the seized substance was tested and returned a positive test for opium.

GOOD CAUSE HAVING BEEN SHOWN and based on the joint motion of the parties, and pursuant to Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure which provides that a defendant may withdraw a guilty plea after the Court accepts the plea and before sentencing, if "the defendant can show a fair and just reason for requesting the withdrawal", the Court hereby GRANTS the Joint Motion to Withdraw Guilty Plea  and hereby VACATES the Order Accepting Plea filed on October 11, 2012.

IT IS SO ORDERED.

DATED:  January 17, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

cc: Hon. Barbara L. Major
     U.S. Magistrate Judge